**Appendix**

**The Deals**

|   | Announcement Date | Ticker | Entity | Type | Price Change | IB – Gonzalez Approx. Profit | Schwab – Abellan Approx. Profit | Tasty – Gonzalez Approx. Profit | IB-Abellan Approx. Profit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/10/20 | MD | MEDNAX, Inc. | Acquisition by Radiology Partners | 5.42% | $526.15 | | | |
| 2 | 9/10/20 | ITCI | Intra-Cellular Therapies, Inc. | Pricing of stock offering | -10.89% | $226.52 | | | |
| 3 | 9/16/20 | SYNH | Syneos Health, Inc. | Pricing of secondary offering | -10.23% | $1,230.37 | | | |
| 4 | 9/17/20 | FSLR | First Solar, Inc. | Pricing of secondary offering | -11.06% | $5,224.01 | | | |
| 5 | 9/21/20 | ACEL | Accel Entertainment, Inc. | Proposed offering of stock | -16.06% | $814.55 | | | |
| 6 | 10/1/20 | TRTN | Triton International, Ltd. | Pricing of secondary offering | -7.06% | $1,945.31 | | | |
| 7 | 10/1/20 | AMAG | AMAG Pharmaceuticals, Inc. | Tender offer by Covis Group | 45.21% | $36,694.23 | | | |
| 8 | 10/2/20 | ARA | American Renal Associates Holdings, Inc. | Acquisition by Nautic Partners | 66.47% | $36,924.22 | | | |
| 9 | 10/13/20 | COLD | Americold Realty Trust | Pricing of forward common share offering | -1.51% | $1,053.36 | | | |
| 10 | 10/27/20 | EQH | Equitable Holdings, Inc. | Reinsuring legacy variable | 9.03% | $2,245.72 | | | |

| | Announcement Date | Ticker | Entity | Type | Price Change | IB – Gonzalez Approx. Profit | Schwab – Abellan Approx. Profit | Tasty – Gonzalez Approx. Profit | IB-Abellan Approx. Profit |
|---|---|---|---|---|---|---|---|---|---|
| | | | | annuity policies to Venerable | | | | | |
| 11 | 11/2/20 | EIGI | Endurance International Group Holdings, Inc. | Acquisition by Clearlake Capital Group | 61.96% | $6,468.90 | | | |
| 12 | 11/16/20 | HDS | HD Supply Holdings, Inc. | Tender offer by The Home Depot | 24.46% | $15,550.79 | | | |
| 13 | 1/11/21 | LMND | Lemonade, Inc. | Proposed offering of stock | -5.60% | | $476.04 | | |
| 14 | 1/12/21 | VNT | Vontier Corp. | Proposed secondary offering | 1.18% | | $1,188.46 | | |
| 15 | 1/12/21 | AMWL | Amwell | Proposed offering of stock | -3.96% | | $793.71 | | |
| 16 | 1/14/21 | CRSA | Crescent Acquisition Corp. | Merger (SPAC deal) with LiveVox | 8.94% | | | $400.81 | |
| 17 | 1/19/21 | AZEK | The Azek Company, Inc. | Public offering of stock | -1.42% | | | $1,410.79 | |
| 18 | 1/25/21 | TSIA | TS Innovation Acquisitions Corp. | Merger (SPAC deal) with Latch, Inc. | 44.79% | | | $5,322.93 | |
| 19 | 1/26/21 | DCT | Duck Creek Technologies Inc. | Public offering of stock | -7.15% | | $1,246.68 | | |
| 20 | 2/1/21 | VIE | Viela Bio, Inc. | Tender offer by Horizon Therapeutics | 52.26% | | $7,009.53 | | |
| 21 | 2/3/21 | GWPH | GW Pharmaceuticals, plc | Acquisition by Jazz Pharmaceuticals | 44.53% | | | $70,484.27 | |

| | Announcement Date | Ticker | Entity | Type | Price Change | IB – Gonzalez Approx. Profit | Schwab – Abellan Approx. Profit | Tasty – Gonzalez Approx. Profit | IB-Abellan Approx. Profit |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 2/8/21 | SNPR | Tortoise Acquisition Corp. II | Merger (SPAC deal) with Volta Industries | 33.64% | | | $27,260.12 | |
| 23 | 2/8/21 | ARYA | Arya Sciences Acquisition Corp. III | Merger (SPAC deal) with Nautilus Biotechnology | 100.09% | | $8,368.67 | | |
| 24 | 2/8/21 | GLUU | Glu Mobile, Inc. | Acquisition by Electronic Arts | 34.93% | | | $8,872.35 | |
| 25 | 2/8/21 | CLF | Cleveland-Cliffs, Inc. | Pricing of public offering | -8.14% | | $7,935.52 | | |
| 26 | 2/16/21 | CHGG | Chegg, Inc. | Public offering of stock | -7.63% | | $6,654.99 | | |
| 27 | 2/22/21 | CTB | Cooper Tire & Rubber Co. | Acquisition by Goodyear Tire | 29.40% | | $12,730.92 | | |
| 28 | 2/23/21 | DMYI | dMY Technology Group III | Bloomberg article about DMYI in talks to merge (SPAC deal) with IonQ (officially announced on 3/9/21) | 18.95% | | $1,496.96 | | |
| 29 | 2/24/21 | AONE | one | Merger (SPAC deal) with MarkForged | 20.88% | | | $1,625.87 | |
| 30 | 3/5/21 | NCLH | Norwegian Cruise Line Holdings Ltd. | Public offering of stock | -12.31% | | | $15,464.83 | |
| 31 | 3/15/21 | STAY | Extended Stay America, Inc. | Acquisition by Starwood Capital | 13.40% | | $10,072.50 | | |
| 32 | 3/15/21 | CFX | Colfax Corporation | Public offering of stock | -4.77% | | $2,436.75 | | |

| | Announcement Date | Ticker | Entity | Type | Price Change | IB – Gonzalez Approx. Profit | Schwab – Abellan Approx. Profit | Tasty – Gonzalez Approx. Profit | IB-Abellan Approx. Profit |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 3/15/21 | MAXR | Maxar Technologies, Inc. | Public offering of stock | -8.07% | | | $4,855.03 | |
| 34 | 3/16/21 | FTCV | FinTech Acquisition Corp. | Merger (SPAC deal) with eToro Group | 42.76% | | $3,246.60 | | |
| 35 | 3/16/21 | ARRY | Array Technologies, Inc. | Launch of secondary offering | -12.05% | | | $10,641.82 | |
| 36 | 3/25/21 | QS | QuantumScape Corp. | Pricing of public offering | -3.85% | | $821.79 | | $286.74 |
| 37 | 4/6/21 | UPST | Upstart Holdings, Inc. | Follow-on offering | -12.63% | | $1,716.07 | | $204.81 |
| 38 | 4/12/21 | NI | NiSource, Inc. | Equity offering | -0.97% | | | $2,306.40 | $5,071.90 |
| 39 | 4/25/21 | SEAH | Sports Entertainment Acquisition Corp. | Merger (SPAC deal) with SGHC Limited | 4.50% | | $4,132.22 | | $5,554.64 |
| 40 | 4/26/21 | PFPT | Proofpoint, Inc. | Acquisition by Thoma Bravo | 31.05% | | | $30,696.33 | $32,825.28 |
| 41 | 5/3/21 | MAAC | Montes Archimedes Acquisition Corp. | Merger (SPAC deal) with Roivant Sciences Ltd. | 0.91% | | $1,489.36 | | $1,093.52 |
| 42 | 5/18/21 | LAD | Lithia Motors & Driveway | Proposed public offering of stock | -7.43% | | | $28,651.95 | $24,276.13 |
| 43 | 5/24/21 | GLOB | Globant S.A. | Proposed public offering of stock | -0.62% | | $563.41 | | $1,952.83 |
| 44 | 5/24/21 | WOOF | Petco Health and Wellness Co. | Secondary offering of shares | -2.24% | | $1,507.46 | | $1,329.83 |
| 45 | 5/25/21 | PACK | Ranpak Holdings Corp. | Public offering of stock | -9.28% | | $4,310.25 | | $4,034.45 |

| Announcement Date | Ticker | Entity | Type | Price Change | IB – Gonzalez Approx. Profit | Schwab – Abellan Approx. Profit | Tasty – Gonzalez Approx. Profit | IB-Abellan Approx. Profit |
|---|---|---|---|---|---|---|---|---|
| | | | **TOTALS (approx.):** | | **$108,904.13** | **$78,197.89** | **$207,993.50** | **$76,630.13** |
| | | | | | | | | |
| | | | **GRAND TOTAL (approx.):** | | **$471,725.65** | | | |