UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                -against-

JOSE LUIS CASERO SANCHEZ,
                Defendant.

                -and-

JOSE LUIS CASERO ABELLAN, MARIA
ISABEL SANCHEZ GONZALEZ,

                Relief Defendants.
-----------------------------------------------------------X

21 CIVIL 8085 (PKC)

## DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated April 6, 2022, the SEC's motion for entry of default judgment is GRANTED. Defendant Sanchez is permanently enjoined from further violations of the federal securities laws, and shall pay to the SEC $471,725.65 in disgorgement, $14,330.89 in prejudgment interest, and $1,415,176.95 in civil penalties. Pursuant to previous stipulations (Docs 55 & 56), the claim against the Relief Defendants is dismissed. Final Judgment is entered in favor of the SEC against Sanchez; accordingly, the case is closed.

**DATED:** New York, New York

        April 7, 2022

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                                          BY: _____
                                                      Deputy Clerk